```
                                    SEALED
```

1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SHEILA K. OBERTO
   KIRK E. SHERRIFF
3  Asst. United States Attorneys
   2500 Tulare St., Suite 4401                    FILED
4  Telephone: (559) 497-4022
   Facsimile: (559) 497-4099
5                                                APR 1 3 2009
   Attorneys for the
6  United States of America                   CLERK, U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF CALIFORNIA
7                                             BY _____
                                                    DEPUTY CLERK
8
              IN THE UNITED STATES DISTRICT COURT
9
            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                                    )   Case No. 1:09SW 00086 SMS
11                                  )
   IN THE MATTER OF THE SEARCH OF)
12                                  )   SEALING ORDER
   31 SOUTH DANA AVENUE             )
13 PLANADA, CA                      )
                                    )
14                                  )
                                    )
15 _____  )

16

17      Upon Petition of the United States of America and good cause
18 having been shown,
19      IT IS HEREBY ORDERED that the Search Warrant in the above-
20 captioned matter be and hereby is ordered sealed until further
21 order of this Court.

22

23 Dated: April 10, 2009

24

25                              _____
26                              HON. SANDRA M. SNYDER
                                U.S. Magistrate Judge
27

28
                           SEALING ORDER